Theodore Harck, Appellee, v. The Borden Company and Elmer Hartford, Appellants.

Gen. No. 44,534.

opinion filed May 18, 1949; rehearing denied June 15, 1949; released for publication June 17, 1949. Philip S. Campbell, for appellants; Arthur A. Wolf, for appellee; Percival Thompson, of counsel. Opinon by PRESIDING JUSTICE BURKE. Not to be published in full.